**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Adel Attili,** <br> Plaintiff, <br> v. <br> **Bank of America,** <br> Defendant. | Case No. CV 16-3988 DMG (JPRx) <br><br> **JUDGMENT** |

On April 18, 2017, this Court having granted Defendant's motion to dismiss Plaintiff's Second Amended Complaint with prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Bank of America and against Adel Attili. This action is dismissed on the merits.

DATED: April 19, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE